IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JONATHAN PUCKETT<br>(# 14072066),<br><br>    Plaintiff,<br><br>V.<br><br>WALMART STORE #5823, ET AL.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:15-CV-2029-D |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, and having considered plaintiff's objections filed on September 9, 2015, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, it is ordered that this civil action is stayed. The clerk of court is directed to close this case administratively for statistical purposes.

Within 60 days after entry of judgment in his state criminal court case, plaintiff must file a motion to reopen this case statistically. If he fails to do so, this failure may result in the dismissal of this action without prejudice under Fed. R. Civ. P. 41(b) for

want of prosecution.

**SO ORDERED**.

September 10, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE